MAY 7, 1956

Reap. Dec. 8581.—

*Wm. E. Phillips Co.* v. *United States.*   Entered at Los Angeles, Calif.   Reap. Dec. 8541.   Motion by plaintiff.